IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

YOU YEE MOUA and XANG HER,      )
                                )
          Plaintiffs,           )      TC-MD 120194N
                                )
     v.                         )
                                )
MULTNOMAH COUNTY ASSESSOR,       )
                                )
          Defendant.            )      **DECISION OF DISMISSAL**

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

A case management conference was held in this matter on June 28, 2012. Plaintiff You Yee Moua (Moua) appeared on behalf of Plaintiffs, through a court-provided interpreter. The parties discussed Defendant's Motion to Dismiss (Motion), filed May 7, 2012. Moua agreed to file a written response to Defendant's Motion by July 27, 2012. Defendant agreed to file a written reply to Plaintiffs' response by August 10, 2012. Those dates were memorialized in a Journal Entry issued June 29, 2012. The Journal Entry warned that failure to comply with the deadlines set forth therein might result in dismissal of Plaintiffs' appeal.

Plaintiffs' deadline has passed and the court has not received Plaintiffs' written response or any further communication from Plaintiffs. As a consequence, the court finds this matter should be dismissed for lack of prosecution. Now, therefore,

/ / /

/ / /

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that this matter is dismissed.

Dated this ___ day of August 2012.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Magistrate Allison R. Boomer on August 2, 2012. The Court filed and entered this document on August 2, 2012.*